**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 243 WAL 2022
                      : 
        Respondent                : 
                      :   Petition for Allowance of Appeal
                      :   from the Order of the Superior Court
          v.                     : 
                      : 
                      : 
DAVID GRAVES,                  : 
                      : 
        Petitioner                : 

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.